# <u>EXHIBIT A</u>

| No | IP Address | GUID | P2PClient | HitDateUTC (MM/DD/YY) |
|----|-----------|------|-----------|----------------------|
| 1 | 71.231.160.81 | 2D415A343732302D68346C5053377259586C4E47 | Vuze 4.7.2.0 | 10/9/12 10:15:42 AM |
| 2 | 208.54.35.199 | 2D5554323231302DD6628F916BEA7BA2446CB205 | µTorrent 2.2.1 | 10/9/12 01:38:33 PM |
| 3 | 50.135.134.84 | 4D372D372D302D2D186D25DC8161DFC1CAB23789 | BitTorrent 7.7.0 | 10/14/12 03:34:56 PM |
| 4 | 24.19.175.144 | 2D5554333133302DF96ABABF301633C9871B0D14 | µTorrent 3.1.3 | 10/18/12 03:06:06 PM |
| 5 | 76.121.39.132 | 2D4243303133322D4753855858E4CBE1F0BE92CD | BitComet 1.32 | 10/19/12 11:39:49 PM |
| 6 | 24.17.2.254 | 4D372D372D302D2D536D2F0F9369DE72B8F461BD | BitTorrent 7.7.0 | 10/21/12 03:29:03 PM |
| 7 | 24.22.220.28 | 2D5554333230302D076BDAB8E74D120BA4C73E9B | µTorrent 3.2.0 | 10/21/12 03:01:17 PM |
| 8 | 50.35.187.68 | 2D4C54304530302D49782E72577076547E432A34 | libtorrent (Rasterbar) 0.1 | 10/22/12 12:15:28 AM |
| 9 | 50.35.185.165 | 2D415A343732302D324358304542317873364F30 | Vuze 4.7.2.0 | 10/22/12 11:31:41 PM |
| 10 | 66.243.213.13 | 2D5554333230302D3C6C043998B6B2471493A6AE | µTorrent 3.2.0 | 10/22/12 04:01:42 AM |
| 11 | 76.121.21.80 | 2D4445313230302D442944644B4A704339784463 | Deluge 1.2.0.0 | 10/23/12 10:15:34 PM |
| 12 | 63.228.101.222 | 2D415A343732302D567943426A44324450794A32 | Vuze 4.7.2.0 | 10/24/12 03:44:47 PM |
| 13 | 24.19.88.61 | 2D5554333230302DEE6C732D89EDA3BD35785041 | µTorrent 3.2.0 | 10/24/12 03:23:41 AM |
| 14 | 98.203.228.207 | 2D5554333230302DEE6CEB4ADEACD4D93C02B4B1 | µTorrent 3.2.0 | 10/24/12 06:42:31 PM |
| 15 | 50.123.85.88 | 2D535A323535302DABB735927DDF00D1FACDCD19 | Shareaza 2.5.5.0 | 10/25/12 01:26:12 AM |
| 16 | 67.161.117.72 | 2D5554333231302DB66DBC98528A21E034130D6F | µTorrent 3.2.1 | 10/25/12 12:17:36 PM |
| 17 | 184.78.210.221 | 2D4C54304630302D56212A37434F557A53776A29 | libtorrent (Rasterbar) 0.1 | 10/26/12 07:05:24 AM |
| 18 | 50.132.42.210 | 4D372D372D302D2D536D5C2816298BB5A88F10CF | BitTorrent 7.7.0 | 10/26/12 03:06:37 AM |
| 19 | 24.17.170.158 | 2D5554333230302DEE6C31532E53AC8259CF500F | µTorrent 3.2.0 | 10/26/12 07:05:28 PM |
| 20 | 67.5.225.82 | 2D5554333133302DF0695692C78849D180739F2C | µTorrent 3.1.3 | 10/26/12 09:35:54 PM |
| 21 | 24.18.238.207 | 2D5554333230302DEE6C62D1AE41AC85849391E5 | µTorrent 3.2.0 | 10/26/12 08:33:28 AM |
| 22 | 71.197.134.88 | 2D415A343731322D4B50676530784E4E6F6E3574 | Vuze 4.7.1.2 | 10/27/12 03:20:45 PM |
| 23 | 24.22.222.216 | 2D4243303132332DFA2251849789A338BD9257EA | BitComet 1.23 | 10/27/12 09:12:23 PM |
| 24 | 71.227.241.190 | 2D5554333231302DB66DE715859DB4C3F78DDD3C | µTorrent 3.2.1 | 10/28/12 03:15:46 PM |
| 25 | 71.231.168.75 | 2D5554323231302D2A627148DD02C0691BE9411D | µTorrent 2.2.1 | 10/28/12 08:24:18 PM |
| 26 | 71.23.24.8 | 2D5554333230302DEE6C6EAFBC56EE246BC4335A | µTorrent 3.2.0 | 10/28/12 06:17:46 AM |
| 27 | 76.121.171.8 | 2D415A343732302D75554C7456676D7030583335 | Vuze 4.7.2.0 | 10/28/12 11:11:25 PM |
| 28 | 50.47.81.198 | 4D372D372D302D2D536D6AB014418081974BE5C7 | BitTorrent 7.7.0 | 10/29/12 02:05:36 PM |
| 29 | 98.203.184.237 | 2D5554333133302D336BF40378102B753B04553D | µTorrent 3.1.3 | 10/31/12 11:03:33 PM |
| 30 | 98.237.233.94 | 4D372D362D312D2D4E6A30E6925811DED041C57B | BitTorrent 7.6.1 | 11/5/12 01:38:35 AM |
| 31 | 67.168.168.218 | 2D5554323230302D975CAD2F830402D477A3C935 | µTorrent 2.2.0 | 11/7/12 03:14:41 AM |
| 32 | 74.61.5.43 | 2D4243303133332D3E9C400EA54AD1C57E09F673 | BitComet 1.33 | 11/8/12 04:34:37 AM |
| 33 | 98.247.152.210 | 2D554D313635302DE86B7476D3BFA8DB91924BD2 | µTorrent Mac 1.6.5 | 11/9/12 11:42:37 PM |
| 34 | 24.17.45.176 | 2D415A343830302D6A566E5774513670436B3377 | Vuze 4.8.0.0 | 11/11/12 01:01:06 PM |
| 35 | 71.193.156.44 | 2D5554323231302D73628AEE581036BD98135743 | µTorrent 2.2.1 | 11/11/12 09:08:55 PM |

| | | | | |
|---|---|---|---|---|
| 36 | 24.19.147.243 | 4D372D372D302D2D536DE56788C2D3C8B779CF23 | BitTorrent 7.7.0 | 11/12/12 02:11:03 AM |
| 37 | 71.50.8.199 | 2D5554333230302DEE6C7AA9A4223B437E1DDB0E | µTorrent 3.2.0 | 11/13/12 02:14:48 AM |
| 38 | 24.17.163.211 | 2D5554333133302D476A127FE30181911405697E | µTorrent 3.1.3 | 11/16/12 04:59:54 PM |
| 39 | 75.92.144.44 | 2D415A343830302D724479596F4737364F447A4E | Vuze 4.8.0.0 | 11/18/12 04:59:41 PM |
| 40 | 71.59.176.34 | 2D5554333133302D476AE1AF722CD4D69D7608B9 | µTorrent 3.1.3 | 11/18/12 07:12:47 PM |
| 41 | 76.104.148.162 | 2D5554333133302D6A6BD2585790A22B5CD11813 | µTorrent 3.1.3 | 11/19/12 05:09:09 AM |
| 42 | 24.22.252.186 | 2D5554333232302D546FA766506F731EC1E1F4A6 | µTorrent 3.2.2 | 11/19/12 06:51:34 PM |
| 43 | 50.149.68.164 | 2D5554333230302DB06B2EF95777310CB263B81A | µTorrent 3.2.0 | 11/21/12 07:53:42 PM |
| 44 | 50.135.0.63 | 2D415A343730302D3344554F5147745342397452 | Vuze 4.7.0.0 | 11/22/12 02:23:23 AM |
| 45 | 76.22.95.251 | 2D4147323138322D4C57787A504A354362575273 | Ares 2.1.8.2 | 11/23/12 01:02:08 AM |
| 46 | 96.26.63.160 | 2D5554333132302D6968E3B8A3EDBE2294F51312 | µTorrent 3.1.2 | 11/25/12 08:47:18 PM |
| 47 | 67.170.187.101 | 2D5554333231302DB66D895F1849FBAA9902399B | µTorrent 3.2.1 | 11/28/12 04:35:39 AM |
| 48 | 76.121.80.3 | 2D5452323530302D3779387A713739613466356B | Transmission 2.50 | 11/29/12 03:04:55 AM |
| 49 | 204.195.49.165 | 2D415A343830302D38715A494C5469517753616F | Vuze 4.8.0.0 | 11/30/12 06:56:59 PM |
| 50 | 50.47.155.105 | 2D5554333230302DB16C11BA8CB9375F2CF2B9B7 | µTorrent 3.2.0 | 12/1/12 07:20:19 AM |
| 51 | 71.212.76.173 | 2D5554333230302DB16C30342A90B4418DE36190 | µTorrent 3.2.0 | 12/2/12 06:11:32 PM |
| 52 | 71.212.95.53 | 2D5554333230302DB16CDEE32987EDD8F6A40A39 | µTorrent 3.2.0 | 12/3/12 03:03:45 AM |
| 53 | 184.78.153.14 | 2D5554333232302DB36FE6355FE73D100D53640A | µTorrent 3.2.2 | 12/6/12 06:59:40 PM |
| 54 | 71.217.80.196 | 4D372D372D322D2D536F4841ECB5BE2F8733BFEB | BitTorrent 7.7.2 | 12/14/12 02:39:34 PM |
| 55 | 67.161.117.72 | 2D5554333232302DB36F9F39950A617AAB4A80A6 | µTorrent 3.2.2 | 12/22/12 02:27:33 AM |
| 56 | 24.19.91.176 | 2D4C54304630302D51644C7178564E6853656E7A | libtorrent (Rasterbar) 0.1 | 12/30/12 11:45:44 PM |
| 57 | 24.17.249.12 | 4D372D362D312D2D896BC9B5F2B2024D41DDC6F6 | BitTorrent 7.6.1 | 1/2/13 12:22:41 PM |
| 58 | 67.168.2.128 | 2D5554333233302D2170821EB9397CF565042262 | µTorrent 3.2.3 | 1/4/13 07:17:37 AM |
| 59 | 24.16.165.209 | 2D5554333133302D6A6BEFEF6A168CA63079BBEE | µTorrent 3.1.3 | 1/8/13 11:33:57 AM |

| DossierNumber | Title | RightsOwner | FileName |
|---|---|---|---|
| S0054-0000008356 | After the Wizard | Breaking Glass Pictures | After The Wizard 2012 DVDRip Xvid AC3 UnKnOwN |
| S0054-0000008352 | After the Wizard | Breaking Glass Pictures | After The Wizard 2012 DVDRip Xvid AC3 UnKnOwN |
| S0054-0000008350 | After the Wizard | Breaking Glass Pictures | After The Wizard 2012 DVDRip Xvid AC3 UnKnOwN |
| S0054-0000008348 | After the Wizard | Breaking Glass Pictures | After The Wizard 2012 DVDRip Xvid AC3 UnKnOwN |
| S0054-0000008346 | After the Wizard | Breaking Glass Pictures | After The Wizard 2012 DVDRip Xvid AC3 UnKnOwN |
| S0054-0000008338 | After the Wizard | Breaking Glass Pictures | After The Wizard 2012 DVDRip Xvid AC3 UnKnOwN |
| S0054-0000008340 | After the Wizard | Breaking Glass Pictures | After The Wizard 2012 DVDRip Xvid AC3 UnKnOwN |
| S0054-0000008336 | After the Wizard | Breaking Glass Pictures | After The Wizard 2012 DVDRip Xvid AC3 UnKnOwN |
| S0054-0000008330 | After the Wizard | Breaking Glass Pictures | After The Wizard 2012 DVDRip Xvid AC3 UnKnOwN |
| S0054-0000008332 | After the Wizard | Breaking Glass Pictures | After The Wizard 2012 DVDRip Xvid AC3 UnKnOwN |
| S0054-0000008328 | After the Wizard | Breaking Glass Pictures | After The Wizard 2012 DVDRip Xvid AC3 UnKnOwN |
| S0054-0000008324 | After the Wizard | Breaking Glass Pictures | After The Wizard 2012 DVDRip Xvid AC3 UnKnOwN |
| S0054-0000008326 | After the Wizard | Breaking Glass Pictures | After The Wizard 2012 DVDRip Xvid AC3 UnKnOwN |
| S0054-0000008322 | After the Wizard | Breaking Glass Pictures | After The Wizard 2012 DVDRip Xvid AC3 UnKnOwN |
| S0054-0000008320 | After the Wizard | Breaking Glass Pictures | After The Wizard 2012 DVDRip Xvid AC3 UnKnOwN |
| S0054-0000008316 | After the Wizard | Breaking Glass Pictures | After The Wizard 2012 DVDRip Xvid AC3 UnKnOwN |
| S0054-0000008306 | After the Wizard | Breaking Glass Pictures | After The Wizard 2012 DVDRip Xvid AC3 UnKnOwN |
| S0054-0000008314 | After the Wizard | Breaking Glass Pictures | After The Wizard 2012 DVDRip Xvid AC3 UnKnOwN |
| S0054-0000008492 | After the Wizard | Breaking Glass Pictures | After The Wizard 2012 DVDRip Xvid AC3 UnKnOwN |
| S0054-0000008490 | After the Wizard | Breaking Glass Pictures | After The Wizard 2012 DVDRip Xvid AC3 UnKnOwN |
| S0054-0000008304 | After the Wizard | Breaking Glass Pictures | After The Wizard 2012 DVDRip Xvid AC3 UnKnOwN |
| S0054-0000008488 | After the Wizard | Breaking Glass Pictures | After The Wizard 2012 DVDRip Xvid AC3 UnKnOwN |
| S0054-0000008482 | After the Wizard | Breaking Glass Pictures | After The Wizard 2012 DVDRip Xvid AC3 UnKnOwN |
| S0054-0000008476 | After the Wizard | Breaking Glass Pictures | After The Wizard 2012 DVDRip Xvid AC3 UnKnOwN |
| S0054-0000008470 | After the Wizard | Breaking Glass Pictures | After The Wizard 2012 DVDRip Xvid AC3 UnKnOwN |
| S0054-0000008474 | After the Wizard | Breaking Glass Pictures | After The Wizard 2012 DVDRip Xvid AC3 UnKnOwN |
| S0054-0000008468 | After the Wizard | Breaking Glass Pictures | After The Wizard 2012 DVDRip Xvid AC3 UnKnOwN |
| S0054-0000008466 | After the Wizard | Breaking Glass Pictures | After The Wizard 2012 DVDRip Xvid AC3 UnKnOwN |
| S0054-0000008462 | After the Wizard | Breaking Glass Pictures | After The Wizard 2012 DVDRip Xvid AC3 UnKnOwN |
| S0054-0000008452 | After the Wizard | Breaking Glass Pictures | After The Wizard 2012 DVDRip Xvid AC3 UnKnOwN |
| S0054-0000008448 | After the Wizard | Breaking Glass Pictures | After The Wizard 2012 DVDRip Xvid AC3 UnKnOwN |
| S0054-0000008446 | After the Wizard | Breaking Glass Pictures | After The Wizard 2012 DVDRip Xvid AC3 UnKnOwN |
| S0054-0000008444 | After the Wizard | Breaking Glass Pictures | After The Wizard 2012 DVDRip Xvid AC3 UnKnOwN |
| S0054-0000008442 | After the Wizard | Breaking Glass Pictures | After The Wizard 2012 DVDRip Xvid AC3 UnKnOwN |
| S0054-0000008440 | After the Wizard | Breaking Glass Pictures | After The Wizard 2012 DVDRip Xvid AC3 UnKnOwN |

S0054-0000008438   After the Wizard   Breaking Glass Pictures   After The Wizard 2012 DVDRip Xvid AC3 UnKnOwN
S0054-0000008436   After the Wizard   Breaking Glass Pictures   After The Wizard 2012 DVDRip Xvid AC3 UnKnOwN
S0054-0000008432   After the Wizard   Breaking Glass Pictures   After The Wizard 2012 DVDRip Xvid AC3 UnKnOwN
S0054-0000008428   After the Wizard   Breaking Glass Pictures   After The Wizard 2012 DVDRip Xvid AC3 UnKnOwN
S0054-0000008426   After the Wizard   Breaking Glass Pictures   After The Wizard 2012 DVDRip Xvid AC3 UnKnOwN
S0054-0000008424   After the Wizard   Breaking Glass Pictures   After The Wizard 2012 DVDRip Xvid AC3 UnKnOwN
S0054-0000008422   After the Wizard   Breaking Glass Pictures   After The Wizard 2012 DVDRip Xvid AC3 UnKnOwN
S0054-0000008420   After the Wizard   Breaking Glass Pictures   After The Wizard 2012 DVDRip Xvid AC3 UnKnOwN
S0054-0000008418   After the Wizard   Breaking Glass Pictures   After The Wizard 2012 DVDRip Xvid AC3 UnKnOwN
S0054-0000008416   After the Wizard   Breaking Glass Pictures   After The Wizard 2012 DVDRip Xvid AC3 UnKnOwN
S0054-0000008410   After the Wizard   Breaking Glass Pictures   After The Wizard 2012 DVDRip Xvid AC3 UnKnOwN
S0054-0000008404   After the Wizard   Breaking Glass Pictures   After The Wizard 2012 DVDRip Xvid AC3 UnKnOwN
S0054-0000008400   After the Wizard   Breaking Glass Pictures   After The Wizard 2012 DVDRip Xvid AC3 UnKnOwN
S0054-0000008398   After the Wizard   Breaking Glass Pictures   After The Wizard 2012 DVDRip Xvid AC3 UnKnOwN
S0054-0000008396   After the Wizard   Breaking Glass Pictures   After The Wizard 2012 DVDRip Xvid AC3 UnKnOwN
S0054-0000008394   After the Wizard   Breaking Glass Pictures   After The Wizard 2012 DVDRip Xvid AC3 UnKnOwN
S0054-0000008392   After the Wizard   Breaking Glass Pictures   After The Wizard 2012 DVDRip Xvid AC3 UnKnOwN
S0054-0000008390   After the Wizard   Breaking Glass Pictures   After The Wizard 2012 DVDRip Xvid AC3 UnKnOwN
S0054-0000008384   After the Wizard   Breaking Glass Pictures   After The Wizard 2012 DVDRip Xvid AC3 UnKnOwN
S0054-0000008380   After the Wizard   Breaking Glass Pictures   After The Wizard 2012 DVDRip Xvid AC3 UnKnOwN
S0054-0000008378   After the Wizard   Breaking Glass Pictures   After The Wizard 2012 DVDRip Xvid AC3 UnKnOwN
S0054-0000008376   After the Wizard   Breaking Glass Pictures   After The Wizard 2012 DVDRip Xvid AC3 UnKnOwN
S0054-0000008374   After the Wizard   Breaking Glass Pictures   After The Wizard 2012 DVDRip Xvid AC3 UnKnOwN
S0054-0000008368   After the Wizard   Breaking Glass Pictures   After The Wizard 2012 DVDRip Xvid AC3 UnKnOwN

| Filehash | ISP | Region | city |
|---|---|---|---|
| SHA1: 10BCAFA1C5A1813E384A0CCC6659D1FF1EB821F3 | Comcast Cable | Washington | Olympia |
| SHA1: 10BCAFA1C5A1813E384A0CCC6659D1FF1EB821F3 | T-Mobile USA | Washington | Tacoma |
| SHA1: 10BCAFA1C5A1813E384A0CCC6659D1FF1EB821F3 | Comcast Cable | Washington | Olympia |
| SHA1: 10BCAFA1C5A1813E384A0CCC6659D1FF1EB821F3 | Comcast Cable | Washington | Mount Vernor |
| SHA1: 10BCAFA1C5A1813E384A0CCC6659D1FF1EB821F3 | Comcast Cable | Washington | Poulsbo |
| SHA1: 10BCAFA1C5A1813E384A0CCC6659D1FF1EB821F3 | Comcast Cable | Washington | Seattle |
| SHA1: 10BCAFA1C5A1813E384A0CCC6659D1FF1EB821F3 | Comcast Cable | Washington | Seattle |
| SHA1: 10BCAFA1C5A1813E384A0CCC6659D1FF1EB821F3 | Frontier Communications | Washington | Marysville |
| SHA1: 10BCAFA1C5A1813E384A0CCC6659D1FF1EB821F3 | Frontier Communications | Washington | Marysville |
| SHA1: 10BCAFA1C5A1813E384A0CCC6659D1FF1EB821F3 | Fairpoint Communications | Washington | Yelm |
| SHA1: 10BCAFA1C5A1813E384A0CCC6659D1FF1EB821F3 | Comcast Cable | Washington | Kent |
| SHA1: 10BCAFA1C5A1813E384A0CCC6659D1FF1EB821F3 | Century Link | Washington | Tacoma |
| SHA1: 10BCAFA1C5A1813E384A0CCC6659D1FF1EB821F3 | Comcast Cable | Washington | Tacoma |
| SHA1: 10BCAFA1C5A1813E384A0CCC6659D1FF1EB821F3 | Comcast Cable | Washington | Tacoma |
| SHA1: 10BCAFA1C5A1813E384A0CCC6659D1FF1EB821F3 | Frontier Communications | Washington | Stanwood |
| SHA1: 10BCAFA1C5A1813E384A0CCC6659D1FF1EB821F3 | Comcast Cable | Washington | Bellingham |
| SHA1: 10BCAFA1C5A1813E384A0CCC6659D1FF1EB821F3 | Clearwire Corporation | Washington | Seattle |
| SHA1: 10BCAFA1C5A1813E384A0CCC6659D1FF1EB821F3 | Comcast Cable | Washington | Kirkland |
| SHA1: 10BCAFA1C5A1813E384A0CCC6659D1FF1EB821F3 | Comcast Cable | Washington | Bellingham |
| SHA1: 10BCAFA1C5A1813E384A0CCC6659D1FF1EB821F3 | Century Link | Washington | Vancouver |
| SHA1: 10BCAFA1C5A1813E384A0CCC6659D1FF1EB821F3 | Comcast Cable | Washington | Seattle |
| SHA1: 10BCAFA1C5A1813E384A0CCC6659D1FF1EB821F3 | Comcast Cable | Washington | Tacoma |
| SHA1: 10BCAFA1C5A1813E384A0CCC6659D1FF1EB821F3 | Comcast Cable | Washington | Seattle |
| SHA1: 10BCAFA1C5A1813E384A0CCC6659D1FF1EB821F3 | Comcast Cable | Washington | Lakewood |
| SHA1: 10BCAFA1C5A1813E384A0CCC6659D1FF1EB821F3 | Comcast Cable | Washington | Everett |
| SHA1: 10BCAFA1C5A1813E384A0CCC6659D1FF1EB821F3 | Clearwire Corporation | Washington | Puyallup |
| SHA1: 10BCAFA1C5A1813E384A0CCC6659D1FF1EB821F3 | Comcast Cable | Washington | Seattle |
| SHA1: 10BCAFA1C5A1813E384A0CCC6659D1FF1EB821F3 | Frontier Communications | Washington | Kirkland |
| SHA1: 10BCAFA1C5A1813E384A0CCC6659D1FF1EB821F3 | Comcast Cable | Washington | Graham |
| SHA1: 10BCAFA1C5A1813E384A0CCC6659D1FF1EB821F3 | Comcast Cable | Washington | Seattle |
| SHA1: 10BCAFA1C5A1813E384A0CCC6659D1FF1EB821F3 | Comcast Cable | Washington | Bellingham |
| SHA1: 10BCAFA1C5A1813E384A0CCC6659D1FF1EB821F3 | Clearwire Corporation | Washington | Auburn |
| SHA1: 10BCAFA1C5A1813E384A0CCC6659D1FF1EB821F3 | Comcast Cable | Washington | Seattle |
| SHA1: 10BCAFA1C5A1813E384A0CCC6659D1FF1EB821F3 | Comcast Cable | Washington | Seattle |
| SHA1: 10BCAFA1C5A1813E384A0CCC6659D1FF1EB821F3 | Comcast Cable | Washington | Vancouver |

| | | | |
|---|---|---|---|
| SHA1: 10BCAFA1C5A1813E384A0CCC6659D1FF1EB821F3 | Comcast Cable | Washington | Bellingham |
| SHA1: 10BCAFA1C5A1813E384A0CCC6659D1FF1EB821F3 | Embarq Corporation | Washington | Poulsbo |
| SHA1: 10BCAFA1C5A1813E384A0CCC6659D1FF1EB821F3 | Comcast Cable | Washington | Bellingham |
| SHA1: 10BCAFA1C5A1813E384A0CCC6659D1FF1EB821F3 | Clearwire Corporation | Washington | Vancouver |
| SHA1: 10BCAFA1C5A1813E384A0CCC6659D1FF1EB821F3 | Comcast Cable | Washington | Longview |
| SHA1: 10BCAFA1C5A1813E384A0CCC6659D1FF1EB821F3 | Comcast Cable | Washington | Lacey |
| SHA1: 10BCAFA1C5A1813E384A0CCC6659D1FF1EB821F3 | Comcast Cable | Washington | Oak Harbor |
| SHA1: 10BCAFA1C5A1813E384A0CCC6659D1FF1EB821F3 | Comcast Cable | Washington | Kent |
| SHA1: 10BCAFA1C5A1813E384A0CCC6659D1FF1EB821F3 | Comcast Cable | Washington | Lynnwood |
| SHA1: 10BCAFA1C5A1813E384A0CCC6659D1FF1EB821F3 | Comcast Cable | Washington | Puyallup |
| SHA1: 10BCAFA1C5A1813E384A0CCC6659D1FF1EB821F3 | Clearwire Corporation | Washington | Seattle |
| SHA1: 10BCAFA1C5A1813E384A0CCC6659D1FF1EB821F3 | Comcast Cable | Washington | Longview |
| SHA1: 10BCAFA1C5A1813E384A0CCC6659D1FF1EB821F3 | Comcast Cable | Washington | Lynnwood |
| SHA1: 10BCAFA1C5A1813E384A0CCC6659D1FF1EB821F3 | Wave Broadband | Washington | Port Orchard |
| SHA1: 10BCAFA1C5A1813E384A0CCC6659D1FF1EB821F3 | Frontier Communications | Washington | Snohomish |
| SHA1: 10BCAFA1C5A1813E384A0CCC6659D1FF1EB821F3 | Century Link | Washington | Seattle |
| SHA1: 10BCAFA1C5A1813E384A0CCC6659D1FF1EB821F3 | Century Link | Washington | Seattle |
| SHA1: 10BCAFA1C5A1813E384A0CCC6659D1FF1EB821F3 | Clearwire Corporation | Washington | Tacoma |
| SHA1: 10BCAFA1C5A1813E384A0CCC6659D1FF1EB821F3 | Century Link | Washington | Seattle |
| SHA1: 10BCAFA1C5A1813E384A0CCC6659D1FF1EB821F3 | Comcast Cable | Washington | Bellingham |
| SHA1: 10BCAFA1C5A1813E384A0CCC6659D1FF1EB821F3 | Comcast Cable | Washington | Lakewood |
| SHA1: 10BCAFA1C5A1813E384A0CCC6659D1FF1EB821F3 | Comcast Cable | Washington | Tacoma |
| SHA1: 10BCAFA1C5A1813E384A0CCC6659D1FF1EB821F3 | Comcast Cable | Washington | Olympia |
| SHA1: 10BCAFA1C5A1813E384A0CCC6659D1FF1EB821F3 | Comcast Cable | Washington | Bremerton |

| District | Province |
| --- | --- |
| Washington Western | Thurston |
| Washington Western | Pierce |
| Washington Western | Thurston |
| Washington Western | Skagit |
| Washington Western | Kitsap |
| Washington Western | King |
| Washington Western | King |
| Washington Western | Snohomish |
| Washington Western | Snohomish |
| Washington Western | Thurston |
| Washington Western | King |
| Washington Western | Pierce |
| Washington Western | Pierce |
| Washington Western | Pierce |
| Washington Western | Snohomish |
| Washington Western | Whatcom |
| Washington Western | King |
| Washington Western | King |
| Washington Western | Whatcom |
| Washington Western | Clark |
| Washington Western | King |
| Washington Western | Pierce |
| Washington Western | King |
| Washington Western | Pierce |
| Washington Western | Snohomish |
| Washington Western | Pierce |
| Washington Western | King |
| Washington Western | King |
| Washington Western | Pierce |
| Washington Western | King |
| Washington Western | Whatcom |
| Washington Western | King |
| Washington Western | King |
| Washington Western | King |
| Washington Western | Clark |

Washington Western   Whatcom
Washington Western   Kitsap
Washington Western   Whatcom
Washington Western   Clark
Washington Western   Cowlitz
Washington Western   Thurston
Washington Western   Island
Washington Western   King
Washington Western   Snohomish
Washington Western   Pierce
Washington Western   King
Washington Western   Cowlitz
Washington Western   Snohomish
Washington Western   Kitsap
Washington Western   Snohomish
Washington Western   King
Washington Western   King
Washington Western   Pierce
Washington Western   King
Washington Western   Whatcom
Washington Western   Pierce
Washington Western   Pierce
Washington Western   Thurston
Washington Western   Kitsap

# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-816-943

**Effective date of
registration:**

July 16, 2012

## Title
**Title of Work:** After the Wizard

## Completion/Publication
**Year of Completion:** 2012

**Date of 1st Publication:** March 22, 2012          **Nation of 1st Publication:** United States

## Author
■          **Author:** Private Lenders Group, Inc.

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Private Lenders Group, Inc.

P.O. Box 5217, Santa Monica, CA, 90409-5217, United States

## Limitation of copyright claim
**Material excluded from this claim:** Public domain characters from "The Wonderful Wizard of Oz" by L. Frank
Baum

**New material included in claim:** all other cinematographic material, production as a motion picture,
revisions/additions to script, Dialogue and plot

## Rights and Permissions
**Name:** Frank Gruber

**Email:** frankjgruber@labridge.com          **Telephone:** 310-260-5570

**Address:** 1424 4th Street

Suite 238

Santa Monica, CA 90401

## Certification

**Name:**   Frank Gruber

**Date:**   July 10, 2012

**Copyright Office notes:**   Regarding new material included: ideas not copyrightable. Authority 17 USC 102(b).

